2/11/14 3:37PM

Fill in this information to identify the case

Debtor 1: **Kelly J Lamirand**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 14-80502

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 3B), the court orders that the application is:

☐ **GRANTED.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

☒ **DENIED.** The debtor must pay the $306 filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 76.50 | 3/24/14 Month/day/year |
| $ 76.50 | 4/23/14 Month/day/year |
| $ 76.50 | 5/23/14 Month/day/year |
| + $ 76.50 | 6/20/14 Month/day/year |
| **Total** $ 306.00 | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 3A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

☐ **Scheduled for hearing.**

A hearing to consider the debtor's application will be held
on _____ at _____ AM/PM at _____
Month/day/year                                    Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

FEB 24 2014        By the court: _____
                                 United States Bankruptcy Judge

Official Form B 3B — Application to Have the Chapter 7 Filing Fee Waived — page 5
Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

## CERTIFICATE OF SERVICE

RE:  **Kelly Lamirand,**
Case No. 14-80502

I certify that on February 24, 2014 I caused a copy of the attached **Order on the Application to Have the Chapter 7 Filing Fee Waived** to be served on the following parties via the Court's electronic notification system or via First Class Mail(\*\*):

**Kelly J Lamirand**\*\*
1216 Loren Dr
DeKalb, IL 60115-2105

**Stephen A Clark**
Darsie & Clark
711 N 1st St
DeKalb, IL 60115-2365

**Stephen G Balsley**
Barrick, Switzer, Long, Balsley, etal
6833 Stalter Drive
Rockford, IL 61108

Patrick S Layng
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715

_____
Mimi Kuczynski, Courtroom Deputy